IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02565-GPG-MEH

*(Consolidated with 1:23-cv-02592-GPG-MEH; 1:23-cv-02713-GPG-MEH; and 1:23-cv-2730)*

DAVID LIPPS, et al, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

LCS FINANCIAL SERVICES CORPORATION,

        Defendant.

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs David Lipps, Brandie Stifel, Larry Vaught and Michael Weiler pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action, and the individual consolidated actions (1:23-cv-02592, 1:23-cv-02713, and 1:23-cv-2730), against Defendant LCS Financial Services Corporation without prejudice.

        Respectfully submitted,

        *s/ Gary M. Klinger*
        Gary M. Klinger
        **MILBERG COLEMAN BRYSON**
        **PHILLIPS GROSSMAN, PLLC**
        227 W. Monroe Street, Suite 2100
        Chicago, IL 60606
        Telephone: 866-252-0878
        gklinger@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

 *s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: 866-252-0878
gklinger@milberg.com